**Order entered April 6, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00875-CR

### MICHAEL ARDIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-10832-R**

### ORDER

We **REINSTATE** this appeal.

We abated this case because appellant's brief, due on December 23, 2021, had not been filed. On April 4, 2021, appellant filed his brief and motion for extension of time to file the same. Because the trial court has not held or scheduled a hearing, we **VACATE** that portion of our March 14, 2021 order requiring a hearing and findings.

We **GRANT** appellant's motion and **ORDER** the brief filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Bennett, Presiding Judge, 265th Judicial District Court; to Lamonica Littles, court coordinator, 265th Judicial District Court; to Christina O'Neil, Chief Judicial Staff Counsel; and to counsel for all parties.

/s/    ERIN A. NOWELL
JUSTICE